```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X    22md3043  (DLC)
                                          :    23cv8449  (DLC)
IN RE: Acetaminophen - ASD-ADHD           :    23cv7220  (DLC)
Products Liability Litigation             :    23cv6580  (DLC)
                                          :    23cv6333  (DLC)
----------------------------------------- X    23cv6321  (DLC)
                                               23cv5689  (DLC)
                                               23cv5687  (DLC)
                                               23cv5686  (DLC)
                                               23cv5655  (DLC)
                                               23cv5649  (DLC)
                                               23cv4725  (DLC)
                                               22cv9878  (DLC)
                                               22cv9285  (DLC)
                                               22cv9072  (DLC)
                                               22cv9056  (DLC)
                                               22cv9041  (DLC)
                                               22cv8818  (DLC)
                                               22cv8816  (DLC)

                                                          Order
```

DENISE COTE, District Judge:

On October 15, 2023, Rite Aid Corporation and certain of its affiliates and subsidiaries (collectively, "Rite Aid") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, commencing cases in the United States Bankruptcy Court of the District of New Jersey that were jointly administered under the lead case <u>In re Rite Aid Corp.</u> No. 23-18993 (MBK), (the "Chapter 11 Cases"). Pursuant to 11 U.S.C. § 362, member cases in this MDL litigation in which Ride Aid was a named defendant were automatically stayed during the pendency of the Chapter 11 Cases.

On November 21, 2023, this Court granted plaintiffs' motion

to sever Rite Aid from all member cases where it is not the only named defendant, including in the above-captioned member cases. Accordingly, those member cases proceeded against non-debtor defendants only.

A December 18, 2023 Opinion and Order granted the defendants' Rule 702 motions to exclude the general causation testimony of five proffered experts. On February 21, 2024, summary judgment was entered for defendants in the member cases to which the Court's December 18, 2023 Opinion and Order applied. Plaintiffs have appealed from the Court's entry of final judgment, as well as from the Court's December 18, 2023 Rule 702 Opinion and Order.

Between October 22 and October 29, 2024, Rite Aid filed a series of notices of permanent injunction and discharge, explaining that its approved Plan of Reorganization went into effect on August 30, and that as of that date the automatic stay was replaced by a discharge injunction in accordance with 11 U.S.C. § 534(a)(2). Rite Aid requested that this Court administratively terminate the member cases captioned above as to the reorganized Rite Aid Corporation and certain affiliates and subsidiaries. Accordingly, it is hereby

ORDERED that plaintiffs shall file any opposition to Rite Aid's request by Wednesday, November 13, 2024.

Dated:   New York, New York
         November 6, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge